To:  United States District and Bankruptcy Court

For the District of Columbia

Office of the Clerk

E. Barrett Prettyman Courthouse

Washington, DC 20001

Fr:  Lisa J. Wilson

Pro Se Litigant in Civil Action No. 24-477 (JEB)

Date: May 2, 2024

Re:  Official Notification Pursuant to Sealed Order Issued on April 22, 2024

Clerk of the Court,

I am writing to inform your office that I wish to proceed with filing the Complaint on the public docket.

I will file a Motion stating same on the public docket. I am sending this correspondence to your office via Federal Express to avoid any further delays in this matter.

_____

Lisa J. Wilson

Cell: 219.293.9798

Email: zanderblake2014@gmail.com



RECEIVED
Mail Room

MAY - 3 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia